UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAMUEL LOPEZ,
    Plaintiff,
vs.

94 FRANKLIN LLC and TAQUERIA RAMIREZ LLC,
    Defendants.

## COMPLAINT

Plaintiff, SAMUEL LOPEZ ("Plaintiff"), by his undersigned counsel, hereby files this Complaint against Defendants, 94 FRANKLIN LLC and TAQUERIA RAMIREZ LLC ("Defendants") for injunctive relief pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq., (the ADA) and the ADA's Accessibility Guidelines, 28 C.F.R. Part 36 (hereinafter the "ADAAG"). This matter concerns Plaintiff's visits to a restaurant located at 94 Franklin Street, Brooklyn, New York 11222, TAQUERIA RAMIREZ, wherein Plaintiff encountered several barriers which have and will deter him from visiting the restaurant in the future. Plaintiff's past visit and his desire to return are fully set forth herein.

## JURISDICTION

1.    This Court has original jurisdiction over the action pursuant to 28 U.S.C., §§1331 and 1343 for Plaintiff's claims arising under 42 U.S.C. § 12181. et seq., based upon Defendants' violations of Title III of the ADA (see also, 28 U.S.C. §§ 2201 and 2202).

2.    Plaintiff currently resides in the Brooklyn, New York.

3.    Plaintiff is a paraplegic and bound to ambulate in a wheelchair. He is a qualified individual with disabilities under the ADA.

4. Plaintiff visited the subject property located at 94 Franklin Street, Brooklyn, New York 11222 (the "Facility") to enjoy the goods and services offered therein and encountered barriers to access. Plaintiff desires and intends to return to the Facility to enjoy to goods and services offered therein. However, his access to the Facility continues to be denied and/or substantially limited. His access will continue to be denied until Defendants remove the barriers, including those set forth in the Complaint at Paragraph 16 below.

5. Defendant, 94 FRANKLIN LLC, transacts business in the State of New York and within this judicial district. Defendant, 94 FRANKLIN LLC, is the owner and/or lessor, of the real property located at 94 Franklin Street, Brooklyn, New York 11222 where the restaurant known as TAQUERIA RAMIREZ is located (the "Facility").

6. Defendant, TAQUERIA RAMIREZ LLC, transacts business in the State of New York and within this judicial district. Defendant, TAQUERIA RAMIREZ LLC, is the lessee of the Facility located at 94 Franklin Street, Brooklyn, New York 11222 and the owner and/or operator of a restaurant known as TAQUERIA RAMIREZ (the "Facility").

7. The Facility is a place of public accommodation under the ADA.

8. Plaintiff has suffered legal harm and injury in fact, as he visited the Facility to enjoy the goods and services provided therein, encountered barriers to access, and desires and intends to re-visit the Facility again, but is unable to do so until the barriers to access are remediated.

9. The barriers alleged in Paragraph 16, by their very nature, prevent Plaintiff and other wheelchair bound patrons from accessing the premises and enjoying the goods and services offered therein.

10. The removal of the alleged barriers can be accomplished without much difficulty or expense.

11. All events giving rise to this lawsuit occurred in the State of New York. Venue is proper in this Court as the premises is in the Southern District.

## FACTUAL ALLEGATIONS AND CLAIM

12. Plaintiff has attempted to access the Facility to enjoy the goods and services offered therein but could not do so without substantial hardship due to his disability, which requires him to ambulate in a wheelchair, and the significant barriers to access existing at the Facility.

13. Specifically, Plaintiff visited in September 2024 and on or about October 27, 2024 to enjoy the tacos, which he believes to be the best tacos in New York, with unique fillings like pastor and tripa freshly prepared to order, and a full salsa bar with dozens of toppings to customize your tacos.

14. Plaintiff intends to visit the Facility in the warmer months of 2025 and thereafter to enjoy the food and lively outdoor space with friends and family. However, his access to the Facility continues to be denied and/or substantially limited. His access will continue to be denied until Defendants removes the barriers, including those set forth in the Complaint at Paragraph 16 below.

15. Defendants have discriminated against Plaintiff by denying him full access to the goods, services and/or accommodations of the Facility, as prohibited by 42 U.S.C., § 12182, et. seq., and by failing to remove architectural barriers as required by 42 U.S.C., § 12182(b)(2)(A)(iv), will continue to discriminate against Plaintiff unless and until Defendants remove all physical barriers including those specifically set forth below.

16.     Defendants have discriminated against Plaintiff by failing to remedy the ADA violations, which by their nature, affect Plaintiff and other wheelchair bound plaintiffs. A specific list of ADA violations which preclude and/or limit Plaintiff's ability to access the facility and to enjoy the goods and services offered therein, include the following:

I. Inaccessible entrance.
II. Accessible route to establishment not provided as required.
III. Accessible means of egress not provided as required.
IV. Existing step at entrance acts as a barrier to accessibility.
V. Required ramp not provided for step at entrance.

ADAAG 206 Accessible Routes ADAAG 206.1 General.
Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
ADAAG 206.2 Where Required.
Accessible routes shall be provided where required by 206.2.
ADAAG 206.2.1 Site Arrival Points.
At least one accessible route shall be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility entrance they serve.
ADAAG 206.4 Entrances.
Entrances shall be provided in accordance with 206.4. Entrance doors, doorways, and gates shall comply with 404 and shall be on an accessible route complying with 402.
ADAAG 207 Accessible Means of Egress ADAAG 207.1 General.
Means of egress shall comply with section 1003.2.13 of the International Building Code (2000 edition and 2001 Supplement) or section 1007 of the International Building Code (2003 edition) (incorporated by reference, "Referenced Standards" in Chapter 1).
ADAAG 402 Accessible Routes ADAAG 402.1 General.
Accessible routes shall comply with 402.
ADAAG 402.2 Components.
Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.
ADAAG 403 Walking Surfaces ADAAG 403.4 Changes in Level. Changes in level shall comply with 303
ADAAG 303.4 Ramps.
Changes in level greater than ½ inch high shall be ramped, and shall comply with 405 or 406.

Case 1:25-cv-00333-MKB-JRC   Document 1   Filed 01/19/25   Page 5 of 15 PageID #: 5

VI. Required minimum maneuvering clearance not provided at entrance door.
VII. Non-compliant change in floor level within required maneuvering clearance at entrance door.

> ADAAG 206 Accessible Routes ADAAG 206.1 General.
> Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
> ADAAG 206.2 Where Required.
> Accessible routes shall be provided where required by 206.2.
> ADAAG 206.2.1 Site Arrival Points.
> At least one accessible route shall be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility entrance they serve.
> ADAAG 206.4 Entrances.
> Entrances shall be provided in accordance with 206.4. Entrance doors, doorways, and gates shall comply with 404 and shall be on an accessible route complying with 402.
> ADAAG 206.4.1 Public Entrances.
> In addition to entrances required by 206.4.2 through 206.4.9, at least 60 percent of all public entrances shall comply with 404.
> ADAAG 207 Accessible Means of Egress ADAAG 207.1 General.
> Means of egress shall comply with section 1003.2.13 of the International Building Code (2000 edition and 2001 Supplement) or section 1007 of the International Building Code (2003 edition) (incorporated by reference, "Referenced Standards" in Chapter 1)
> ADAAG 404.2.4 Maneuvering Clearances.
> Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.
> ADAAG 404.2.4.4 Floor or Ground Surface.
> Floor or ground surface within required maneuvering clearances shall comply with 302. Changes in level are not permitted.

VIII. The first of three exterior sidewalk seating benches is inaccessible.
IX. Required back support not provided at the first of three exterior sidewalk seating benches.
X. The first of three exterior sidewalk seating benches is not affixed to wall as required.

> ADAAG 903 Benches.
> ADAAG 903.4 Back Support.
> The bench shall provide for back support or shall be affixed to a wall. Back support shall be 42 inches (1065 mm) long minimum and shall extend from a point 2 inches (51 mm)
> maximum above the seat surface to a point 18 inches (455 mm) minimum above the seat surface. Back support shall be 2½ inches (64 mm) maximum from the rear edge of the seat measured horizontally.

XI. The second of three exterior sidewalk seating benches is inaccessible.
XII. Required back support not provided at the second of three exterior sidewalk seating benches.
XIII. The second of three exterior sidewalk seating benches is not affixed to wall as required.
  ADAAG 903 Benches.
  ADAAG 903.4 Back Support.
  The bench shall provide for back support or shall be affixed to a wall. Back support shall be 42 inches (1065 mm) long minimum and shall extend from a point 2 inches (51 mm)
  maximum above the seat surface to a point 18 inches (455 mm) minimum above the seat surface. Back support shall be 2½ inches (64 mm) maximum from the rear edge of the seat measured horizontally.

XIV. The third of three exterior sidewalk seating benches is inaccessible.
XV. Required back support not provided at the third of three exterior sidewalk seating benches.
XVI. The third of three exterior sidewalk seating benches is not affixed to wall as required.
  ADAAG 903 Benches.
  ADAAG 903.4 Back Support.
  The bench shall provide for back support or shall be affixed to a wall. Back support shall be 42 inches (1065 mm) long minimum and shall extend from a point 2 inches (51 mm)
  maximum above the seat surface to a point 18 inches (455 mm) minimum above the seat surface. Back support shall be 2½ inches (64 mm) maximum from the rear edge of the seat measured horizontally.

XVII. Inaccessible exterior dining counter.
XVIII. Portion of exterior dining counter required to be accessible not provided.
XIX. Non-compliant height of exterior dining counter exceeds maximum height allowance.
  ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.
  Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.
  ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.
  Dining surfaces and work surfaces shall comply with 902.2 and 902.3.
  Advisory 902.1 General.
  Dining surfaces include, but are not limited to, bars, tables, lunch counters, and booths.
  ADAAG 902.3 Height.
  The tops of dining surfaces and work surfaces shall be 28 inches (710 mm) minimum and 34 inches (865 mm) maximum above the finish floor or ground.

XX. Required minimum knee and toe clearance not provided at exterior dining counter.
  ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.

> Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.
> ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.
> Dining surfaces and work surfaces shall comply with 902.2 and 902.3.
> Advisory 902.1 General.
> Dining surfaces include, but are not limited to, bars, tables, lunch counters, and booths.
> ADAAG 902.2 Clear Floor or Ground Space.
> A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.
> ADAAG 306.2 Toe Clearance.
> ADAAG 306.2.3 Minimum Required Depth.
> Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.
>
> ADAAG 306.2.5 Width.
> Toe clearance shall be 30 inches (760 mm) wide minimum.
> ADAAG 306.3 Knee Clearance.
> ADAAG 306.3.3 Minimum Required Depth.
> Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.

XXI. The first of two interior dining counters is inaccessible.
XXII. Non-compliant height of the first of two interior dining counters exceeds maximum height allowance.
> ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.
> Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.
> ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.
> Dining surfaces and work surfaces shall comply with 902.2 and 902.3.
> Advisory 902.1 General.
> Dining surfaces include, but are not limited to, bars, tables, lunch counters, and booths.
> ADAAG 902.3 Height.
> The tops of dining surfaces and work surfaces shall be 28 inches (710 mm) minimum and 34 inches (865 mm) maximum above the finish floor or ground.

XXIII. Required minimum knee and toe clearance not provided at the first of two interior dining counters.
> ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.

> Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.
> ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.
> Dining surfaces and work surfaces shall comply with 902.2 and 902.3.
> Advisory 902.1 General.
> Dining surfaces include, but are not limited to, bars, tables, lunch counters, and booths.
> ADAAG 902.2 Clear Floor or Ground Space.
> A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.
> ADAAG 306.2 Toe Clearance.
> ADAAG 306.2.3 Minimum Required Depth.
> Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.
> ADAAG 306.2.5 Width.
> Toe clearance shall be 30 inches (760 mm) wide minimum.
> ADAAG 306.3 Knee Clearance.
> ADAAG 306.3.3 Minimum Required Depth.
> Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.

XXIV. The second of two interior dining counters is inaccessible.

XXV. Non-compliant height of the second of two interior dining counters exceeds maximum height allowance.
> ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.
> Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902
> ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.
> Dining surfaces and work surfaces shall comply with 902.2 and 902.3.
> Advisory 902.1 General.
> Dining surfaces include, but are not limited to, bars, tables, lunch counters, and booths.
> ADAAG 902.3 Height.
> The tops of dining surfaces and work surfaces shall be 28 inches (710 mm) minimum and 34 inches (865 mm) maximum above the finish floor or ground.

XXVI. Required minimum knee and toe clearance not provided at the second of two interior dining counters.
> ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.
> Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.

>ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.
>Dining surfaces and work surfaces shall comply with 902.2 and 902.3.
>Advisory 902.1 General.
>Dining surfaces include, but are not limited to, bars, tables, lunch counters, and booths.
>ADAAG 902.2 Clear Floor or Ground Space.
>A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.
>ADAAG 306.2 Toe Clearance.
>ADAAG 306.2.3 Minimum Required Depth.
>Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.
>ADAAG 306.2.5 Width.
>Toe clearance shall be 30 inches (760 mm) wide minimum.
>ADAAG 306.3 Knee Clearance.
>ADAAG 306.3.3 Minimum Required Depth.
>Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.

XXVII. Inaccessible interior service counter.

XXVIII. Non-compliant height of interior service counter exceeds maximum height allowance.
>ADAAG227 Sales and Service ADAAG 227.1 General.
>Where provided, check-out aisles, sales counters, service counters, food service lines, queues, and waiting lines shall comply with 227 and 904.
>ADAAG 904.4 Sales and Service Counters.
>Sales counters and service counters shall comply with 904.4.1 or 904.4.2.
>The accessible portion of the counter top shall extend the same depth as the sales or service counter top.
>ADAAG 904.4.1 Parallel Approach.
>A portion of the counter surface that is 36 inches (915 mm) long minimum
>and 36 inches (915 mm) high maximum above the finish floor shall be provided.
>A clear floor or ground space complying with 305 shall be positioned for a parallel approach adjacent to the 36 inch (915 mm) minimum length of counter.

XXIX. Compliant signage identifying the restroom not provided as required.
>ADAAG 216 Signs ADAAG 216.1 General.
>Signs shall be provided in accordance with 216 and shall comply with 703.
>ADAAG 216.2 Designations.
>Interior and exterior signs identifying permanent rooms and spaces shall comply with 703.1, 703.2, and 703.5. Where pictograms are provided as designations of permanent interior rooms and spaces, the pictograms shall comply with 703.6 and shall have text descriptors complying with
>703.2 and 703.5.
>Advisory 216.2 Designations.

    Section 216.2 applies to signs that provide designations, labels, or names for interior rooms or spaces where the sign is not likely to change over time. Examples include interior signs labeling restrooms, room and floor numbers or letters, and room names. Tactile text descriptors are required for pictograms that are provided to label or identify a permanent room or space.

    Pictograms that provide information about a room or space, such as "no smoking," occupant logos, and the International Symbol of Accessibility, are not required to have text descriptors.

    ADAAG 703.1 General.

    Signs shall comply with 703. Where both visual and tactile characters are required, either one sign with both visual and tactile characters, or two separate signs, one with visual, and one with tactile characters, shall be provided.

    ADAAG 703.4.1 Height Above Finish Floor or Ground.

    Tactile characters on signs shall be located 48 inches (1220 mm) minimum above the finish floor or ground surface, measured from the baseline of the lowest tactile character and 60 inches (1525 mm) maximum above the finish floor or ground surface, measured from the baseline of the highest tactile character.

    ADAAG 703.4.2 Location.

    Where a tactile sign is provided at a door, the sign shall be located alongside the door at the latch side. Where a tactile sign is provided at double doors with one active leaf, the sign shall be located on the inactive leaf. Where a tactile sign is provided at double doors with two active leafs, the sign shall be located to the right of the right hand door. Where there is no wall space at the latch side of a single door or at the right side of double doors, signs shall be located on the nearest adjacent wall. Signs containing tactile characters shall be located so that a clear floor space of 18 inches (455 mm) minimum by 18 inches (455 mm) minimum, centered on the tactile characters, is provided beyond the arc of any door swing between the closed position and 45 degree open position.

XXX.    Inaccessible restroom.
XXXI.    Required minimum clear width not provided at restroom door.

    ADAAG 206 Accessible Routes ADAAG 206.1 General.

    Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

    ADAAG 402 Accessible Routes ADAAG 402.1 General.

    Accessible routes shall comply with 402.

    ADAAG 402.2 Components.

    Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.

    ADAAG 404.2.3 Clear Width.

        Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

XXXII. Required minimum maneuvering clearance not provided at restroom door.
        ADAAG 206 Accessible Routes ADAAG 206.1 General.
        Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
        ADAAG 402 Accessible Routes ADAAG 402.1 General.
        Accessible routes shall comply with 402.
        ADAAG 402.2 Components.
        Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.
        ADAAG 404.2.4 Maneuvering Clearances.
        Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

XXXIII. Non-compliant door swing of restroom door.
XXXIV. Restroom door swings into the floor space of restroom fixtures.
        ADAAG 603 Toilet and Bathing Rooms ADAAG 603.1 General.
        Toilet and bathing rooms shall comply with 603.
        ADAAG 603.2.3 Door Swing.
        Doors shall not swing into the clear floor space or clearance required for any fixture.

XXXV. Non-compliant door knob at restroom door requires twisting of the wrist.
        ADAAG 404 Doors, Doorways, and Gates ADAAG 404.1 General.
        Doors, doorways, and gates that are part of an accessible route shall comply with 404.
        ADAAG 404.2.7 Door and Gate Hardware.
        Handles, pulls, latches, locks, and other operable parts on doors and gates shall comply with 309.4
        ADAAG 309.4 Operation.
        Operable parts shall be operable with one hand and shall not require tight grasping, pinching,
or twisting of the wrist. The force required to activate operable parts shall be 5 pounds maximum.

XXXVI. Non-compliant door lock at restroom door requires twisting of the wrist.
        ADAAG 404 Doors, Doorways, and Gates ADAAG 404.1 General.
        Doors, doorways, and gates that are part of an accessible route shall comply with 404.

|   |   |
|---|---|
|   | ADAAG 404.2.7 Door and Gate Hardware.<br>Handles, pulls, latches, locks, and other operable parts on doors and gates shall comply with 309.4<br>ADAAG 309.4 Operation.<br>Operable parts shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist. The force required to activate operable parts shall be 5 pounds maximum. |
| XXXVII. | Required minimum turning space not provided in restroom.<br>ADAAG 603 Toilet and Bathing Rooms<br>ADAAG 603.1 General.<br>Toilet and bathing rooms shall comply with 603.<br>ADAAG 603.2 Clearances. Clearances shall comply with 603.2.<br>ADAAG 603.2.1 Turning Space.<br>Turning space complying with 304 shall be provided within the room.<br>ADAAG 304.3.1 Circular Space.<br>The turning space shall be a space of 60 inches (1525 mm) diameter minimum. The space shall be permitted to include knee and toe clearance complying with 306 |
| XXXVIII. | Inaccessible water closet in restroom. |
| XXXIX. | Required minimum clearance not provided at water closet in restroom.<br>ADAAG 604 Water Closets and Toilet Compartments<br>ADAAG 604.3 Clearance.<br>Clearances around water closets and in toilet compartments shall comply with 604.3.<br>ADAAG 604.3.1 Size.<br>Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall. |
| XL. | Required grab bars not provided on rear and side walls of water closet in restroom.<br>ADAAG 604 Water Closets and Toilet Compartments<br>ADAAG 604.5 Grab Bars.<br>Grab bars for water closets shall comply with 609.<br>Grab bars shall be provided on the side wall closest to the water closet and on the rear wall. |
| XLI. | Non-compliant distance of water closet from side wall in restroom.<br>ADAAG 604 Water Closets and Toilet Compartments.<br>ADAAG 604.2 Location.<br>The water closet shall be positioned with a wall or partition to the rear and to one side.<br>The centerline of the water closet shall be 16 inches minimum to 18 inches maximum from the side wall or partition |

XLII. Non-compliant position of plumbing valves located directly behind toilet seat of water closet in restroom.
    ADAAG 604 Water Closets and Toilet Compartments.
    ADAAG Advisory 604.6 Flush Controls.
    If plumbing valves are located directly behind the toilet seat, flush valves and related plumbing can cause injury or imbalance when a person leans back against them. To prevent causing injury or imbalance, the plumbing can be located behind walls or to the side of the toilet; or if approved by the local authority having jurisdiction, provide a toilet seat lid.

XLIII. Inaccessible flush control at water closet in restroom.

XLIV. Non-compliant position of flush control located at closed side of water closet in restroom.
    ADAAG 604 Water Closets and Toilet Compartments.
    ADAAG 604.6 Flush Controls.
    Flush controls shall be hand operated or automatic. Hand operated flush controls shall comply with 309. Flush controls shall be located on the open side of the water closet except in ambulatory accessible compartments complying with 604.8.2.

XLV. Insulation of pipes and water lines under the lavatory in restroom not provided as required.
    ADAAG 606 Lavatories and Sinks.
    ADAAG 606.5 Exposed Pipes and Surfaces.
    Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

XLVI. Non-compliant faucet knobs at lavatory in restroom require twisting of the wrist.
    ADAAG 606 Lavatories and Sinks.
    ADAAG 606.4 Faucets.
    Controls for faucets shall comply with 309.
    Hand-operated metering faucets shall remain open for 10 seconds minimum.
    ADAAG 309 Operable Parts
    ADAAG 309.4 Operation.
    Operable parts shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist. The force required to activate operable parts shall be 5 pounds (22.2 N) maximum.

XLVII. Inaccessible mirror in restroom.

XLVIII. Non compliant mounted height of mirror in restroom exceeds maximum height allowance.
    ADAAG 603.3 Mirrors.
    Mirrors located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 40 inches (1015 mm) maximum above the finish floor or ground.

> Mirrors not located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 35 inches (890 mm) maximum above the finish floor or ground.

17. The above listing may not include all the barriers countered by Plaintiff and/or which exist at the facility. Plaintiff requires an inspection of the facility to determine **all the** ADA violations.

18. The removal of the ADA violations set forth herein is readily achievable and can be accomplished and carried out without much difficulty or expense. 42 U.S.C. § 12182(B)(2)(A)(iv); 42 U.S.C. § 12181(9); 28 C.F.R, § 36.304.

19. Plaintiff is without adequate remedy at law and is suffering irreparable harm, and reasonably anticipates that he will continue to suffer irreparable harm unless and until Defendants are required to remove the physical barriers, dangerous conditions and ADA violations that exist at the facility, including those set forth herein.

20. The Plaintiff has been obligated to retain undersigned counsel for the filing and prosecution of this action. The Plaintiff is entitled to have his reasonable attorney's fees, costs and expenses paid by the Defendants, pursuant to 42 U.S.C., §§ 12205 and 12217.

21. Pursuant to 42 U.S.C. §12188(a), this Court is provided with authority to grant injunctive relief to Plaintiff, including an order to alter the subject facility to make it readily accessible to and useable by individuals with disabilities to the extent required by the ADA, and closing the subject facility until the requisite modifications are completed.

**WHEREFORE,** Plaintiff respectfully requests that the Court issue a permanent injunction enjoining Defendants from continuing their discriminatory practices, ordering Defendants to remove the physical barriers to access and alter the subject Facility to make it readily accessible and useable by individuals with disabilities to the extent required by the ADA,

closing the subject Facility until the barriers are removed and requisite alterations are completed, and awarding Plaintiff his reasonable attorney's fees, expert fees, costs and litigation expenses incurred in this action.

Dated: <u>January 19, 2025</u>

                                              Respectfully submitted,

                                              <u>*s/ Jennifer E. Tucek, Esq.*</u>
                                              Law Office of Jennifer Tucek, PC
                                                  *Attorney for Plaintiff*
                                              Bar No. JT2817
                                              614 Lexington Avenue, 15th Floor
                                              New York, New York 10022
                                              (917) 669-6991
                                              tuceklaw@gmail.com